# Bond v. The State.

*Indictment for Burglary.*

1. *Appeal dismissed, when no exception reserved.*—When on appeal, the transcript does not disclose any exception reserved by appellant on the trial of the cause, the appeal will be dismissed.

APPEAL from the Circuit Court of Henry.

Tried before the Hon JESSE M. CARMICHAEL.

The appellant was indicted, tried and convicted for burglary. The transcript brought to this court on appeal does not disclose any exception reserved by the defendant on the trial of the cause.

PEYTON G. THOMPSON, for appellant.

WM. L. MARTIN, Attorney-General, for the State.

HEAD, J.—The indictment charges the defendant with burglary in the usual and proper form. Upon proceedings, strictly regular, there were verdict of conviction and sentence, all duly shown by the record. There was not an exception reserved upon the trial. This is not a case for an appeal, and it is dismissed.

Appeal dismissed.